

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SEBRA GONZALEZ, | § | No. 08-19-00116-CV |
| Appellant, | § | Appeal from |
| v. | § | 383rd District Court |
| MARCO GONZALEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2016DCM1045) |
| | § | |

## <u>MEMORANDUM OPINION</u>

The parties have filed a joint motion to dismiss the appeal because they have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(2). We grant the motion and dismiss the appeal. All other pending motions are denied as moot. Pursuant to the parties' agreement, costs of the appeal are taxed against the party incurring same. TEX.R.APP.P. 42.1(d).

August 14, 2019

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.